George C. Breidert, appellee, v. Auto Utilities Manufacturing Company et al.    Auto Utilities Manufacturing Company, appellant.    Gen. No. 31,410.

Bill for injunctive relief. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed January 31, 1928. Rehearing denied February 14, 1928.

George C. Otto, for appellant; William S. Johnston and Martin Piepenburg, of counsel. Otto Raymond Barnett, Percival H. Truman, Eben O. McNair, Jr., and Lawrence T. Barnett, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Sheridan Men's Shop, defendant in error, v. Arthur Michel, plaintiff in error.    Gen. No. 31,973.

Action to recover on check. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Opinion filed January 31, 1928.

E. R. Elliott, for plaintiff in error. Hirsch, Chaikin & Bloch, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Nathan D. Morey, appellee, v. Luther E. Cohoon et al.    Central Lime & Cement Company, appellant.    Gen. No. 31,987.

Appeal from decree setting aside a warranty deed and a judgment as cloud on title. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

Crowley & Gorman, for appellant; Wilbert F. Crowley, of counsel. Adelman & Vlachos, for appellee; Abram E. Adelman, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

James B. McClane, appellant, v. I. Mansback and Bernard W. Snow, bailiff of the municipal court of Chicago, appellees.    Gen. No. 32,014.

Bill to declare judgment cloud on title, restrain enforcement and declare sale void. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

William Slack, for appellant. Mort D. & Frank Goldberg, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.